IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-6-BO-1

WANDA LYNN GROVES, )
)
Petitioner, )
)
v. )           O R D E R
)
UNITED STATES OF AMERICA )
)
Respondent. )
_____ )

This Court hereby gives notice to the Petitioner, Wanda Lynn Groves, of its intention to

construe her Motion (DE # 43) as a Motion to Vacate pursuant to 28 U.S.C. § 2255. The

Petitioner has 30 days from the filing of this notice to confirm or deny her intent to file a Motion

to Vacate pursuant to 28 U.S.C. § 2255. In the event that no such response is received within

this time, this Court will presume that the Petitioner is not seeking such relief and this matter will

be dismissed. In the event that the Petitioner notifies this Court of his intent to file a Motion to

Vacate pursuant to 28 U.S.C. § 2255, the Clerk of Court is directed to provide the Petitioner with

the appropriate forms on which to file such a motion. This Court also hereby warns the

Petitioner of the effects of filing a motion pursuant to § 2255, and advises her as to the

requirements of § 2255. *See Castro v. United States*, 540 U.S. 375 (2003); *see also United States

v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

SO ORDERED, this ____ day of August, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE