IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-6-BO
No. 5:16-CV-427-BO

| | |
|---|---|
| WANDA LYNNE GROVES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the previously entered stay in this matter, it is hereby ORDERED that the stay entered on August 2, 2016, is hereby LIFTED.

This __8__ day of __April__, 2018.

_____
TERRENCE W. BOYLE
United States District Judge